No. 03–124.  MOBA, B. V., ET AL. v. DIAMOND AUTOMATION, INC.  C. A. Fed. Cir.  Certiorari denied.

No. 03–127.  TAYLOR v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 03–132.  BAKAL v. ASHCROFT, ATTORNEY GENERAL, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 03–139.  HERNANDEZ v. BOROUGH OF PALISADES PARK POLICE DEPARTMENT ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 03–146.  LOTZ ET AL. v. UNITED STATES.  C. A. Fed. Cir.  Certiorari denied.

No. 03–159.  McQUEEN v. SOUTH CAROLINA DEPARTMENT OF HEALTH AND ENVIRONMENTAL CONTROL, OFFICE OF OCEAN AND COASTAL RESOURCE MANAGEMENT, FKA SOUTH CAROLINA COASTAL COUNCIL.  Sup. Ct. S. C.  Certiorari denied.

No. 03–163.  CITY OF SAN ANTONIO, TEXAS v. ENCORE VIDEOS, INC.  C. A. 5th Cir.  Certiorari denied.

No. 03–182.  SHALER AREA EDUCATION ASSN. v. EMORY ET AL.; and
No. 03–188.  OTTO ET AL. v. PENNSYLVANIA STATE EDUCATION ASSOCIATION-NEA ET AL.  C. A. 3d Cir.  Certiorari denied.  Reported below: 330 F. 3d 125.

No. 03–192.  VILLAGE OF ISLANDIA ET AL. v. ELECTRICAL INSPECTORS, INC.  C. A. 2d Cir.  Certiorari denied.

No. 03–225.  WOOD v. GREEN, CLERK, CIRCUIT COURT OF FLORIDA, LEE COUNTY.  C. A. 11th Cir.  Certiorari denied.

No. 03–260.  FOTTA v. TRUSTEES OF THE UNITED MINE WORKERS OF AMERICA ET AL.  C. A. 3d Cir.  Certiorari denied.